**UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA**

State Auto Property & Casualty Insurance
Company,

                Plaintiff,                Civil No. 09-2135 (RHK/RLE)

vs.

                                    **ORDER**

JBPM, Inc., d/b/a Chisholm
Jubilee Foods,

                Defendant.

---

      This matter is venued in the Fifth Division.

      All proceedings before the undersigned (motions, trial, etc.) will be held in the United States Courthouse in Duluth, Minnesota, unless otherwise directed by the Court.

Dated: August 17, 2009

                                        s/Richard H. Kyle
                                        RICHARD H. KYLE
                                        United States District Judge